1525

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Criminal No. 11-266 |
| | ) | (29 U.S.C. § 501(c)) |
| DEREK DAVID KLINGMAN | ) | |

## INDICTMENT

### COUNT ONE

The grand jury charges:

From on or about January 16, 2007 to on or about November 19, 2008, in the Western District of Pennsylvania, the defendant DEREK DAVID KLINGMAN, a person employed directly and indirectly as a secretary treasurer of United Transportation Union, Local Union 1006, a labor organization engaged in an industry affecting interstate commerce, did embezzle, steal and unlawfully and willfully abstract and convert to his own use the moneys, funds, securities, property, and other assets of said labor organization in the approximate amount of $9,354.84.

All in violation of Title 29, United States Code, Section 501(c).

A True Bill,

_____
Foreperson

DAVID J. HICKTON
United States Attorney
PA ID No. 34524